BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

CARL SCHILBE,

        Defendant.

        )
        )
        )
        )
        )
        )
        )
        )
        )
        )
        )

CR 04-0084 JSW

STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING
DATE FROM MARCH 10, 2011 TO
MARCH 31, 2011

**STIPULATION**

      The parties are scheduled to appear before the Court for a supervised release revocation

hearing on March 10, 2011.  Defense counsel will be out of the district teaching on the presently set

date.  Accordingly, the parties respectfully request that the hearing be continued until March 31,

2011 at 2:00 p.m.  Both parties and the probation officer are available on the requested date.

//

//

//

//

1  SO STIPULATED:

2                                   MELINDA HAAG
                                    United States Attorney
3

4
   DATED: March 8, 2011          _____/s/_____
5                                   ANDREW SCOBLE
                                    Assistant United States Attorney
6

7
   DATED: March 8, 2011          _____/s/_____
8                                   RONALD C. TYLER
                                    Assistant Federal Public Defender
9

10

11                              **[~~PROPOSED~~] ORDER**

12        For the reasons stated above, the Court hereby continues the hearing from March 10, 2011 to

13 March 31, 2011 at 2:00 p.m.

14 IT SO ORDERED.

15

16 DATED: _March 9, 2011 _        _____

17                                THE HONORABLE JEFFREY S. WHITE
                                  United States District Court Judge
18

19

20

21

22

23

24

25

26

Stipulation to Cont. Hearing;
*United States v. Schilbe;* CR 04-0084 JSW          - 2 -